NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ABEL ALONSO HUERTA,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-1181
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed December 19, 2018.

Appeal from the Circuit Court for Manatee
County; Brian Iten, Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


    Affirmed.


CASANUEVA, MORRIS, and LUCAS, JJ., Concur.